Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501       Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

Charles Shamash, Esq. (SBN 178110)
CACERES & SHAMASH, LLP
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA  90212
(310) 205-3400    Fax: (310) 878-8308
e-mail:  cs@locs.com



**FILED & ENTERED**

**SEP 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

*Attorneys For Plaintiffs Matt Capelouto and Christine Capelouto*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL MCDOWELL, aka "trvpkid_69",<br><br>                Debtor. | Case No.:  6:22-bk-14752-MH<br><br>Chapter 7<br><br>Adv. Proc. No.: 6:23-ap-01041-MH |
| MATT CAPELOUTO AND CHRISTINE CAPELOUTO,<br><br>                Plaintiffs<br><br>vs.<br><br>BRANDON MICHAEL MCDOWELL, aka "trvpkid_69",<br><br>                Defendant | **ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR DEFAULT JUDGMENT UNDER LBR 7055-1**<br><br><br>Date: 9-11-2024<br>Time: 3:00 pm<br>Place: 3420 Twelfth Street, Riverside CA<br>Courtroom: 301 |

     At the above-captioned time and place, the Honorable Mark D. Houle, United States Bankruptcy Judge, conducted a continued hearing on Plaintiffs Matt Capelouto and Christine Capelouto's ("Plaintiff") Motion for Default Judgment under LBR 7055-1 (as amended, the "Motion").

1  Baruch Cohen ("Cohen") appeared on behalf of Plaintiffs. No other appearances were
2  made on the record, and no opposition was filed to the Motion.
3  Having considered the Motion, the arguments of Mr. Cohen, and for good cause, the
4  Court's oral rulings collectively constitute the findings required under Fed. R. Civ. P. 52(a)(1)
5  made applicable by Fed. R. Bank. P. 7052, and
6  **IT IS HEREBY ORDERED THAT:** Plaintiff's Motion is **GRANTED**.

###

Date: September 16, 2024

Mark Houle
United States Bankruptcy Judge