Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
　　　A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501　　　Fax (323) 937-4503
e-mail: baruchcohen@baruchcohenesq.com

Charles Shamash, Esq. (SBN 178110)
CACERES & SHAMASH, LLP
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90212
(310) 205-3400　　　Fax: (310) 878-8308
e-mail: cs@locs.com

*Attorneys For Plaintiffs Matt Capelouto and Christine Capelouto*

**FILED & ENTERED**

**SEP 16 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig　　**DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL MCDOWELL, aka "trvpkid_69",<br><br>　　　　　Debtor. | Case No.: 6:22-bk-14752-MH<br><br>Chapter 7<br><br>Adv. Proc. No.: 6:23-ap-01041-MH |
| MATT CAPELOUTO AND CHRISTINE CAPELOUTO,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>BRANDON MICHAEL MCDOWELL, aka "trvpkid_69",<br><br>　　　　　Defendant. | **JUDGMENT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 USC § 523(A)(6) IN THE AMOUNT OF $5,800,937.41**<br><br>Date: 9-11-2024<br>Time: 3:00 pm<br>Place: 3420 Twelfth Street, Riverside CA<br>Courtroom: 301 |

　　　Based on the Court's ruling on Plaintiffs Matt Capelouto and Christine Capelouto's ("Plaintiff") Amended Motion for Default Judgment Under LBR 7055-1 ("Motion"), a Judgment for Nondischargeability of Debt Pursuant to 11 USC § 523(a)(6) is hereby entered in favor of

1

Plaintiffs, and against Defendant Brandon Michael McDowell, aka "trvpkid_69" (Defendant"), in the amount of **$5,800,937.41**.

      **IT IS SO ORDERED**

###

Date: September 16, 2024

Mark Houle
United States Bankruptcy Judge

2